# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES L. SANFORD,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        1:04cv137-MU-02

CLEVELAND COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2006 Order.

FRANK G. JOHNS, CLERK

August 10, 2006

BY: *s/Elizabeth Barton*

Elizabeth Barton, Deputy Clerk